**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daniel Carson LEWIS, Defendant–
Appellant.**

**No. 03–30281.**

United States Court of Appeals,
Ninth Circuit.

Filed Sept. 1, 2005.

grounds in the district court, we grant a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 915–16 (9th Cir. 2005) (holding that "defendants are entitled to limited remands in *all* pending direct criminal appeals involving unpreserved *Booker* error, whether constitutional or nonconstitutional").

**REMANDED.**

Teresa S. Ridle and Rebecca S. Copeland, Patton Boggs, LLP, Anchorage, AK, for the defendant-appellant.

Karen Loeffler, Assistant United States Attorney, Anchorage, AK, for the plaintiff-appellee.

Before HALL, KLEINFELD, and WARDLAW, Circuit Judges.

HALL, Senior Circuit Judge.

We considered this case in July of 2004 and we affirmed the convictions and the sentence. *United States v. Lewis,* 111 Fed.Appx. 876 (9th Cir.2004). The Supreme Court granted certiorari, and vacated the decision and remanded the case to us in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Lewis v. United States,* —— U.S. ——, 125 S.Ct. 1404, 161 L.Ed.2d 175 (2005). Because Petitioner did not challenge his sentence on Sixth Amendment